UNITED STATES DISTRICT COURT
DISTRIC OF NEW JERSEY

| | |
|---|---|
| PRATIK KANDEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EROS MEDIA WORLD PLC and EROS INTERNATIONAL USA INC.,<br><br>Defendants. | Case No 2:23-cv-00905-CCC-LDW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Pratik Kandel hereby voluntarily dismisses his claims against defendants Eros Media World PLC and Eros International USA Inc. without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  September 6, 2023

Respectfully Submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Yitzchak Kopel*
　　　Yitzchak Kopel

Yitzchak Kopel
1330 Avenue of the Americas
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  ykopel@bursor.com

*Counsel for Plaintiff*

SO ORDERED

　s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  9/11/2023